JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| AMERICAN SECURITY INSURANCE COMPANY, | Case No. EDCV 19-0213 JGB (SHKx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| KOTTLER & KOTTLER, a California Law Corporation; L.G., a minor by and through her guardian ad litem Carolina Gonzalez, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Plaintiff's Complaint is dismissed without leave to amend, and this action is dismissed without prejudice.

Dated: March 29, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge